UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| GARY EMMONS, et ux., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRIDGESTONE AMERICAS TIRE ) <br> OPERATIONS, LLC, et al., ) <br> ) <br> Defendants. ) <br> ) <br> v. ) <br> ) <br> EMMONS SAWMILL, LLC, ) <br> ) <br> Third Party Defendant. ) | Case No.  1:10CV41 JAR |

### MEMORANDUM AND ORDER

This matter is before the Court on Defendant Hayes Lemmerz International, Inc.'s Motion to Stay Proceedings With Supporting Suggestions (ECF No. 139).  Hayes Lemmerz International, Inc. seeks an order staying all proceedings in this action against it unless and until such time as the United States Bankruptcy Court for the District of Delaware rules on Plaintiffs' Motion for Relief.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Hayes Lemmerz International, Inc.'s Motion to Stay Proceedings With Supporting Suggestions (ECF No. 139) is **GRANTED**, in part.

**IT IS FURTHER ORDERED** that this case is **STAYED** for ninety (90) days to allow the United States Bankruptcy Court for the District of Delaware to rule on Plaintiffs' Motion for Relief. Prior to the expiration of the stay, the parties can ask for additional time, if necessary.

- 2 -

Dated this 30th day of April, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE