UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| GARY EMMONS, et ux., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.  1:10CV41 JAR |
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, et al., | ) |
| Defendants. | ) |
| v. | ) |
| EMMONS SAWMILL, LLC, | ) |
| Third Party Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on the Notice of Resolution of Plaintiffs' Motions filed in the Bankruptcy Court for the District of Delaware (ECF No. 141).

Having been advised that the Bankruptcy Court for the District of Delaware has resolved Plaintiffs' Motions and filed a stipulation regarding the same,

**IT IS HEREBY ORDERED** that the stay in this case is **LIFTED**.

Dated this 26th day of June, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE