UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| GARY EMMONS and DEBORAH EMMONS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 1:10CV41 JAR ) |
| GOODYEAR TIRE AND RUBBER COMPANY, | ) ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon Plaintiffs' Motion to Compel Goodyear to Produce Documents and Answer Interrogatories (ECF No. 151). The Court held a conference call regarding the Motion to Compel on November 21, 2012.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel Goodyear to Produce Documents and Answer Interrogatories [151] is **GRANTED** in part. Within thirty days, Defendant shall produce internal memoranda and communications regarding the risks and/or hazards of the M-rim design. No later than November 30, 2012, Defendant shall produce a list of other accidents involving the M-rim design.

Dated this 21st day of November, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE